IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA S. CHRISTIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-242-TDD |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Pamela S. Christie, by and through her counsel of record, Simone Gosnell Fulmer of Fulmer Group PLLC, and Defendant State Farm Mutual Automobile Insurance Company, by and through their counsel of record, John S. Gladd and Andrew Brown of Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 30th day of November, 2015.

Respectfully submitted,

/s/Simone Gosnell Fulmer
Simone Gosnell Fulmer, OBA #17037
FULMER GROUP PLLC
P.O. Box 2448
Oklahoma City, OK 73101
Phone/Fax:   (405) 510-077
E-Mail:sfulmer@fulmergrouplaw.com

ATTORNEY FOR PLAINTIFF


-AND-


/s/ John S. Gladd
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
ATKINSON, HASKINS, NELLIS,
   BRITTINGHAM, GLADD & FIASCO
525 South Main, Suite 1500
Tulsa, OK   74103
Phone:   (918) 582-8877
Facsimile:   (918) 585-8096

ATTORNEY FOR DEFFENDANT